■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN H. KANUER, on Behalf of JAMES WARDLOW, Petitioner, v WARDEN OF RIKERS ISLAND, Respondent. — Application for a writ of habeas corpus unanimously denied, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Carro, JJ.

■ WATCHES, INC., et al., Appellants-Respondents, v AIR EXPERT TRUCKING CORPORATION, Respondent-Appellant, et al., Defendants. — Order, Supreme Court, New York County, entered on March 6, 1980, unanimously affirmed. Defendant-respondent-appellant shall recover of plaintiffs-appellants-respondents $75 costs and disbursements of this appeal. Request by defendant-respondent-appellant to withdraw its cross appeal is granted, without costs and without disbursements. No opinion. Concur — Birns, J. P., Markewich, Lupiano, Silverman and Bloom, JJ.

■ GOTHAM PAPER COMPANY, INC., Respondent, v JASON ARONSON, INC., Appellant. — Judgment, Supreme Court, New York County, entered on July 23, 1979, unanimously affirmed. The appeal from the order entered on June 25, 1979 is unanimously dismissed as subsumed in the judgment. No opinion. Concur — Birns, J. P., Markewich, Lupiano, Silverman and Bloom, JJ.